Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-01002-CV






NOSA E. OMOREGIE AND STELLA A. ADEDEJI, Appellants


V.


ENTERPRISE HOMES, INC. d/b/a THE ENTERPRISE COMPANY, 
Appellee






On Appeal from the 280th District Court 

Harris County, Texas

Trial Court Cause No. 2006-50339






MEMORANDUM OPINION Appellants Nosa E. Omoregie and Stella A. Adedeji have neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov't Code Ann. §§ 51.207 (Vernon 2005), 51.208
(Vernon Supp. 2007); 51.941(a) (Vernon 2005), 101.041 (Vernon Supp. 2007)
(listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of
appeals). After being notified that this appeal was subject to dismissal, appellant
Nosa E. Omoregie and Stella A. Adedeji did not adequately respond. See Tex. R.
App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of
case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.